HEATHER E. WILLIAMS, SBN #122664
Federal Defender
MATTHEW C. BOCKMON, SBN # 161566
JEROME PRICE, SBN # 282400
Assistant Federal Defenders
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
LESLIE A. LOHSE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> Plaintiff, </br></br> vs. </br></br> LESLIE A. LOHSE, </br></br> Defendant. | Case No. 2:17-cr-0006-MCE </br></br> **WAIVER OF DEFENDANT'S PERSONAL PRESENCE; [PROPOSED] ORDER THEREON** </br></br> Date: May 19, 2017 </br> Time: 2:00 P.M. </br> Judge: Hon. Carolyn K. Delaney |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, LESLIE A. LOHSE, having been advised of her right to be present at all stages of the proceedings, hereby requests that this Court proceed in her absence at the motion hearing scheduled for May 19, 2017, and any other occasion that the Court may permit, pursuant to this waiver. Defendant agrees that her interests shall be represented at all times by the presence of her attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow her attorney-in-fact to represent her interests at all times. Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of her appearance at said time and place.

Defendant makes this request due to the non-substantive nature of the hearing. The

1  scheduled hearing is to address a dispute between the parties as to the appropriateness of the
2  government's proposed protective order to govern the discovery to be provided.  The hearing
3  will discuss legal issues and the parties do not anticipate either side presenting sworn testimony.
4  Client resides about a two-hour drive away—near Redding, California—and wishes to reduce the
5  expense of traveling to court for a non-substantive hearing.

   This request is made pursuant to Fed. R. Crim. P. 43(b)(3).

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: May 17, 2017

*/s/ Jerome Price*
JEROME PRICE
Assistant Federal Defender
Attorneys for Defendant
LESLIE A. LOHSE

**O R D E R**

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that Defendant Leslie Lohse's appearance may be waived at the motion hearing on May 19, 2017.

Dated: May 18, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE