| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664<br>Federal Defender |
| 2 | JEROME PRICE, #282400<br>Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorneys for Defendant<br>LESLIE A. LOHSE |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:17-cr-006 MCE |
| Plaintiff, | ) ) | **STIPULATION AND [PROPOSED] ORDER TO TERMINATE PRE-TRIAL** |
| v. | ) ) | **SUPERVISION** |
| LESLIE A. LOHSE, | ) ) | Hon. Edmund F. Brennan |
| Defendant. | ) ) ) | |

IT IS HEREBY STIPULATED between plaintiff, United States of America, and Defendant Leslie A. Lohse, through their respective attorneys, that Ms. Lohse's pre-trial supervision should be terminated and that she should remain out of custody on the presently set $150,000 unsecured appearance bond. As a condition of her pretrial release, Ms. Loshe shall comply with all federal, state, and local laws. This stipulation was approved by Pretrial Services Officer Renee Basurto.

On January 19, 2017, the Court ordered Ms. Lohse released on conditions of pre-trial supervision and a $150,000 unsecured appearance bond. (ECF Nos. 18 and 20.) Ms. Lohse has remained on pre-trial supervision since that time without incident. Based on the foregoing, the parties stipulate that Ms. Lohse's pre-trial supervision should be terminated, she be ordered released on the presently set $150,000 unsecured appearance bond, and that condition number six, governing her passport, should remain in effect.

Stipulation to Terminate Pretrial Supervision            -1-

DATED: June 7, 2018                    HEATHER E. WILLIAMS
                                       Federal Defender

                                       */s/ Jerome Price*
                                       JEROME PRICE
                                       Assistant Federal Defender
                                       Attorneys for LESLIE A. LOHSE

DATED: June 7, 2018                    MCGREGOR W. SCOTT
                                       United States Attorney

                                       */s/ Matthew Yelovich*
                                       MATTHEW YELOVICH
                                       Assistant United States Attorney
                                       Attorney for Plaintiff

# **ORDER**

The Court, having read and considered the parties' stipulation, that Leslie A. Lohse's pretrial supervision be terminated, hereby orders that she ~~be~~ remain released on the presently set $150,000 unsecured appearance bond, and that condition number six of her conditions of pretrial release, concerning her passport, shall remain in effect. As a condition of her pretrial release, Ms. Lohse shall comply with all federal, state, and local laws.

IT IS SO ORDERED.

Dated: June 7, 2018

_____
HON. EDMUND F. BRENNAN
United States Magistrate Judge