PHILLIP A. TALBERT
Acting United States Attorney
CHRISTINA McCALL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00006 JAM |
|---|---|
| Plaintiff, | STIPULATION TO REVISE PSR DISCLOSURE SCHEDULE AS TO DEFENDANT LOHSE; ORDER |
| v. | |
| LESLIE LOHSE, | |
| Defendant. | |

1. The sentencing hearing in this case was previously specially set for February 24, 2022 before the Honorable Morrison C. England, Jr., after being continued multiple times at the request of the parties. ECF Nos. 97, 112, 120, 123, 130. This case is now assigned to the Honorable John A. Mendez, and the Court adopted the previously-set schedule for Presentence Report disclosure and formal objections. ECF No. 133.

2. The previously-set schedule provided: The Presentence Reports (PSRs) shall be filed with the Court and disclosed to counsel no later than December 16, 2021. ECF No. 130 at 2. This is an unusually early disclosure schedule, given the sentencing date in late February. The normal disclosure date would be February 3, 2022.

3. In light of the fire at the electrical substation near the federal courthouse on the morning of December 14, 2021 and the subsequent power outage and closure of the courthouse through most of the week which created issues with United States Probation's computer network, plus the assigned

STIPULATION TO REVISE PSR DISCLOSURE DATE, ORDER        1

Probation Officer's pre-planned annual leave between December 20, 2021 and the end of the year, the parties request that Court order the disclosure of the Presentence Report for defendant Leslie Lohse on January 13, 2022. The parties also request that the Court order the formal objections (if necessary) be filed by January 27, 2022.

Dated:  December 21, 2021

*/s/ Christina McCall*
CHRISTINA McCALL
Assistant United States Attorney

Dated:  December 21, 2021

*/s/ Jerome Price*
Jerome Price
Attorney for Leslie Lohse

**FINDINGS AND ORDER**

The Court hereby ORDERS that the disclosure of the Presentence Report for Leslie Lohse shall be on January 13, 2022, and the formal objections (if the parties choose to file them) for defendant Lohse shall be filed by January 27, 2022.

Dated: December 21, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE