UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff,<br>　　v.<br>LESLIE A. LOHSE,<br>　　Defendant. | **ORDER RE VOLUNTARY SURRENDER**<br><br>Case No.:  2:17-cr-00006-JAM-3 |

　　Defendant Leslie A. Lohse, having been sentenced to the custody of the Bureau of Prisons, shall surrender to the institution designated by the Bureau of Prisons, or if no such institution has been designated, to the United States Marshal in Sacramento, California before 2:00 PM on April 29, 2022.  The defendant is further advised it is a criminal offense punishable by a constructive term of imprisonment to fail to surrender for service of sentence pursuant to the order of this Court.  All conditions of pretrial release shall remain in effect until the defendant surrenders in accordance with this order.

The Court reserves jurisdiction over this matter and will only change the date or time of voluntary surrender upon motion of either the defendant or the government with good cause appearing.

The Clerk is directed to serve the United States Marshal's Service with a copy of this order.

IT IS SO ORDERED.

Dated: 2-25-2022

THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE