HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
LESLIE A. LOHSE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LESLIE A. LOHSE,<br><br>Defendant. | No. 2:17-cr-00006-JAM-3<br><br>**ORDER AMENDING BRIEFING SCHEDULE**<br><br>RETROACTIVE CRIMINAL HISTORY REDUCTION CASE<br><br>Judge: The Honorable JOHN A. MENDEZ |

**ORDER**

For the reasons set forth in Ms. Lohse's request, and good cause appearing therefor, the briefing schedule established in the Court's January 8, 2024 minute order is hereby **AMENDED**.

The government's response to the motion shall be filed on or before **January 19, 2024**.

Ms. Lohse's reply may be filed on or before **January 26, 2024**.

Dated: January 09, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE