# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America<br>v.<br>LESLIE A. LOHSE | Case No: 2:17-cr-00006-JAM-3<br>USM No: 89271-509 |
| Date of Original Judgment: 02/25/2022<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | David Porter, Assistant Federal Defender<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

Defendant failed to establish that a reduction is warranted based on Amendment 821 and the factors set forth in 18 U.S.C. § 3553(a). The crime occured over a lengthy period of time and caused significant financial harm to numerous individuals. The Court carefully applied the 18 U.S.C. § 3553(a) factors at Defendant's sentencing hearing and determined a 41 month sentence was sufficient. Regardless of the Sentencing Guidelines' new adjustment for certain zero-point offenders, given the seriousness of the offense and the need to promote respect for the law and provide just punishment, the Court finds the original 41 month sentence imposed remains sufficient.

Except as otherwise provided, all provisions of the judgment dated 03/03/2022 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 02/02/2024

/s/ John A. Mendez
*Judge's signature*

Effective Date: _____
*(if different from order date)*

John A. Mendez, Senior United States District Judge
*Printed name and title*